UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARAH HUDSON**,<br>　　　　　Plaintiff,<br>　　v.<br>**OFFICE OF PERSONNEL MANAGEMENT, ET AL.**,<br>　　　　　Defendants. | Case No.  15-cv-01539-YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION CONTINUING DEADLINES**<br><br>Re: Dkt. No. 14 |

On April 23, 2015, the parties filed a joint stipulation to continue deadlines in connection with defendant's anticipated motion to dismiss. (Dkt. No. 14.) The Court hereby **GRANTS IN PART AND DENIES IN PART** the request. In light of the justifications provided, the Court **GRANTS** the request to extend the defendants' deadline to respond to the complaint to **July 8, 2015**. However, in the absence of any proffered basis for extending the subsequent briefing schedule on that motion, the Court **DENIES** the request to extend the deadlines for opposition and reply briefs.

This Order terminates Docket Number 14.

**IT IS SO ORDERED.**

Dated: April 2: . 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**