Nina Wasow – Cal. Bar No. 242047
Julie Wilensky – Cal. Bar No. 271765
LEWIS, FEINBERG, LEE
& JACKSON, P.C.
476 9th Street
Oakland, CA 94612
Telephone: (510) 839-6824
Fax: (510) 839-7839
nwasow@lewisfeinberg.com
jwilensky@lewisfeinberg.com

Judith Galat* – Cal. Bar No. 118918 (inactive)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
80 F Street, N.W.
Washington, DC 20001
Telephone: (202) 639-6425
Fax: (202) 379-2928
galatj@afge.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT IT IS SO ORDERED Judge Yvonne Gonzalez Rogers 9/23/15 NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SARAH HUDSON,

Plaintiff,

v.

OFFICE OF PERSONNEL MANAGEMENT, KATHERINE ARCHULETA, in her official capacity as Director of Office of Personnel Management, DEPARTMENT OF VETERANS AFFAIRS, and ROBERT A. MCDONALD, in his official capacity as Secretary of Department of Veterans Affairs,

Defendants.

Case No. 4:15-CV-01539-YGR

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, through counsel, stipulate as follows:

WHEREAS, as the parties notified the Court on August 13, 2015, the parties reached a settlement in principle that will resolve this matter;

WHEREAS, the Court, by docket entry No. 31, set a compliance hearing for October 9, 2015, and ordered the parties to file either a stipulation of dismissal or a one-page joint statement setting forth an explanation for failure to comply;

WHEREAS, the parties have now executed a settlement agreement that resolves this matter;

THEREFORE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sarah Hudson voluntarily dismisses this action against Defendants with prejudice. The parties further request that the Court vacate the compliance hearing set for October 9, 2015.

IT IS SO STIPULATED.

Dated: September 21, 2015

Respectfully Submitted,

By: /s/ Julie Wilensky

Nina Wasow
Julie Wilensky
LEWIS, FEINBERG, LEE & JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Fax: (510) 839-7839
nwasow@lewisfeinberg.com
jwilensky@lewisfeinberg.com

Judith Galat* – Cal. Bar No. 118918 (inactive)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, N.W.
Washington, DC 20001
Telephone: (202) 639-6425
Fax: (202) 379-2928
galatj@afge.org

*Admitted pro hac vice
*Attorneys for Plaintiff*

Dated: September 21, 2015

By: /s/ Megan A. Crowley

Benjamin C. Mizer
Principal Deputy Assistant Attorney General
Carlotta P. Wells
Assistant Director, Federal Programs Branch
Megan A. Crowley
(N.Y. Bar No. 4930376)
Trial Attorney
United States Department of Justice
Civil Division − Federal Programs Branch
20 Massachusetts Avenue NW, Room 7221
Washington, D.C. 20530
Email: megan.a.crowley@usdoj.gov
Telephone: (202) 305-0754
Fax: (202) 616-8470

*Attorneys for Defendants*

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: September 21, 2015

/s/ Julie Wilensky
Julie Wilensky